ENTER / JS-6

FILED
CLERK, U.S. DISTRICT COURT
JAN 15 2010
CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RIGOBERTO SALINAS,<br><br>   Petitioner,<br><br>  v.<br><br>JAMES SCHOMIG, WARDEN,<br><br>   Respondent. | Case No. CV 10-19 PSG (AN)<br><br>JUDGMENT |

  IT IS HEREBY ADJUDGED THAT this action is summarily dismissed without prejudice for the reasons stated in the related Order.

DATED: January 14, 2010

              /s/ Philip S. Gutierrez
              PHILIP S. GUTIERREZ
              UNITED STATES DISTRICT JUDGE

ENTERED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT
JAN 19 2009
CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY